**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL T. STEPHENS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA POLICE** | : | |
| **DEPARTMENT, JOHN DOE POLICE** | : | |
| **OFFICER NO. 1, JOHN DOE POLICE** | : | |
| **OFFICER NO. 2 OF THE 39TH POLICE** | : | |
| **DISTRICT, JOHN DOE POLICE** | : | |
| **SARGENT AT THE POLICE ADMIN BLDG.** | : | **NO. 12-6607** |

<u>**ORDER**</u>

**AND NOW**, this 29th day of November, 2012, upon consideration of the defendants' Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that this case is **REMANDED** to the state court from which it was removed.

 /s/Timothy J. Savage_____
TIMOTHY J. SAVAGE,  J.